WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**WILSON LINDERMAN,**                                                                CV # 10-867-KI

    Plaintiff,

vs.                                                                                                    ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Based on Plaintiff's application filed 11/14/11, and whereas the parties have reached a settlement subsequent to the filing of that application, attorney's fees in the amount of $5,936.89 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

DATED this ___ day of _Dec_, 2011.

                                                      /s/ Garr King
                                                  United States District Judge

Submitted on November 21, 2011 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1